FILED
08 JUL 16 AM 10:44
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

AYANNA Z. GREEN,
    Plaintiff,

vs.

TINA HORNBECK (WARDEN)
    Defendant.

CASE NO. CV 08 3422 JSW (PR)

PRISONER'S APPLICATION TO PROCEED IN FORMA PAUPERIS

I, Ayanna Z. Green, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed? Yes ___ No _X_

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____ Net: _____

Employer: _____

_____

If the answer is "no," state the date of last employment and the amount of the gross and net salary

PRIS. APPLIC. TO PROC. IN FORMA PAUPERIS, Case No. _____

- 1 -

1 and wages per month which you received. (If you are imprisoned, specify the last place of
2 employment prior to imprisonment.)
3     Atlas Security, 1996

4 _____

5 _____

6 2. Have you received, within the past twelve (12) months, any money from any of the following
7 sources:

8     a. Business, Profession or                                               Yes ___ No _X_
9         self employment

10     b. Income from stocks, bonds,                                Yes ___ No _X_
11         or royalties?

12     c. Rent payments?                                                        Yes ___ No _X_

13     d. Pensions, annuities, or                                         Yes ___ No _X_
14         life insurance payments?

15     e. Federal or State welfare payments,                   Yes ___ No _X_
16         Social Security or other govern-
17         ment source?

18 If the answer is "yes" to any of the above, describe each source of money and state the amount
19 received from each.
20     N/A _____

21 _____

22 3. Are you married?                                               Yes ___ No _X_
23 Spouse's Full Name: _N/A_____
24 Spouse's Place of Employment: _N/A_____
25 Spouse's Monthly Salary, Wages or Income:
26 Gross $_N/A_____ Net $_N/A_____
27 4. a. List amount you contribute to your spouse's support: $ _N/A___
28     b. List the persons other than your spouse who are dependent upon you for support

PRIS. APPLIC. TO PROC. IN FORMA
PAUPERIS, Case No._____           - 2 -

and indicate how much you contribute toward their support. (NOTE: For minor children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.).

NONE

5. Do you own or are you buying a home?   Yes ___ No _X_
Estimated Market Value: $ __N/A__   Amount of Mortgage: $ __N/A__

6. Do you own an automobile?   Yes ___ No _X_
Make __N/A__   Year __N/A__   Model __N/A__
Is it financed? Yes ___ No _X_   If so, Total due: $ __N/A__
Monthly Payment: $ __N/A__

7. Do you have a bank account? Yes ___ No _X_ (Do not include account numbers.)
Name(s) and address(es) of bank: __N/A__

Present balance(s): $ __N/A__

Do you own any cash? Yes ___ No _X_ Amount: $ __N/A__

Do you have any other assets? (If "yes," provide a description of each asset and its estimated market value.) Yes ___ No _X_

8. What are your monthly expenses?
Rent: $ __N/A__   Utilities: __N/A__
Food: $ __N/A__   Clothing: __N/A__
Charge Accounts:

| Name of Account | Monthly Payment | Total Owed on This Acct. |
|---|---|---|
| N/A | $ | $ |
|  | $ | $ |
|  | $ | $ |

9. Do you have any other debts? (List current obligations, indicating amounts and to whom they are payable. Do not include account numbers.)

PRIS. APPLIC. TO PROC. IN FORMA
PAUPERIS, Case No._____

- 3 -

1 | __NO_____

2 | _____

3 | 10.   Does the complaint which you are seeking to file raise claims that have been presented in

4 | other lawsuits?                                              Yes ___ No _X_

5 | Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which

6 | they were filed.

7 | _____

8 | _____

9 |       I consent to prison officials withdrawing from my trust account and paying to the court the

10 | initial partial filing fee and all installment payments required by the court.

11 |       I declare under the penalty of perjury that the foregoing is true and correct and understand

12 | that a false statement herein may result in the dismissal of my claims.

13 |

14 | June 24, 2004                              _____

15 |       DATE                                     SIGNATURE OF APPLICANT

PRIS. APPLIC. TO PROC. IN FORMA

PAUPERIS, Case No._____         - 4 -