```
1  Name: AYANNA Z. GREEN
   W# 75617
2  Housing: B4-17-04Low                E-filing FILED
   Valley State Prison For Women
   PO Box    96                        09 JUL 16 AM 10:44
   Chowchilla, California 93610-0096
                                       RICHARD W. WIEKING
4                                      CLERK, U.S. DISTRICT COURT
                                       NORTHERN DISTRICT OF CALIFORNIA
              UNITED STATES DISTRICT COURT
5
           FOR THE NORTHERN DISTRICT OF CALIFORNIA
```

|  |  |
|---|---|
| PEOPLE OF THE STATE | No. CV 08 3422 JSW (PR) |
| OF CALIFORNIA, | |
| TINA HORNBECK (WARDEN) | MOTION FOR APPOINTMENT OF |
| Plaintiff and Respondent, | COUNSEL BY DEFENDANT IN CUSTODY |
|  | AND DECLARATION OF INDIGENCY |
| vs. | |
| AYANNA Z. GREEN, | |
| Defendant | |

ON JUNE 28, 2008

TO THE HONORABLE COURT IN THE ABOVE-ENTITLED CAUSE OF ACTION:

PLEASE TAKE NOTICE.

I, AYANNA Z. GREEN, defendant in the above-entitled action, do hereby request the Superior Court Of The State Of California to appoint an attorney to represent me in this matter so that my interests may be protected by the professional assistance required.

In support of this request, I declare that I am presently in custody, that I have no means of retaining an attorney to represent me, and that I have no income or assets except as follows: N/A

I declare under penalty of perjury that the foregoing is true and correct.

| JUNE 28, 2008 | AYANNA Z. GREEN |
|---|---|
| DATE | DEFENDANT |

**AUTHORITIES**

Penal Code § 1240.1 (b)