Ayanna Z. Green
CDC No. W75617
Address: P.O. Box 96
Valley State Prison for Women
Chowchilla, CA 93610-0096

E-filing

FILED
08 JUL 16 AM 10: 44
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

In Pro Per

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

In re

AYANNA Z. GREEN

ON HABEAS CORPUS

_____/

No. CV 08 3422 JSW (PR)

REQUEST FOR APPOINTMENT
OF COUNSEL AND DECLARATION
OF INDIGENCY

I, Ayanna Z. Green, declare that I am the petitioner to the above-referenced matter, that I am incarcerated at Valley State Prison for Women, and that I am indigent and unable to afford counsel. My total assets are $0.00 and my income is $0.00 per month.

I hereby request that counsel be appointed in this matter so that my interests may be protected by the professional assistance required.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on JUNE 28, 2008.

AYANNA Z. GREEN
IN PRO PER