AYANNA Z. GREEN W-75617
VALLEY STATE PRISON FOR WOMEN
P.O. BOX 96
CHOWCHILLA, CA. 93610-0096

E-filing
FILED

08 JUL 16 AM 10: 44

RICHARD W. WIEKING
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

FOR THE NORTHERN DISTRICT OF CALIFORNIA

AYANNA Z. GREEN )
    Petitioner, )
vs. )
TINA HORNBECK (WARDEN) )
    Respondent. )

CV 08 CASE NO. 3422 JSW

MOTION TO PROCEED ON
APPEAL IN FORMA PAUPERIS

(PR)

    Petitioner requesting the Court for permitting her to proceed on appeal from the judgment entered in this case on 6/11/2008 in forma pauperis, under the provisions of Title 28 United States Code sec. 1915 and Federal Rules of Appellate Procedure 24(a). This motion is based on the attached affidavit.

    I declare under the penalty of perjury that the foregoing statements are true and correct.

DATE: JNUE 28, 2008

RESPECTFULLY SUBMITTED,

Pro Per