AYANNA Z. GREEN W-57617
VALLEY STATE PRISON FOR WOMEN
P.O. BOX 96
CHOWCHILLA, CA. 93610-0096

E-filing

FILED
08 JUL 16 AM 10: 44
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA



| | |
|---|---|
| AYANNA Z. GREEN<br>　　　Petitioner,<br>vs.<br>TINA HORNBECK (WARDEN)<br>　　　Respondent. | CV 08 CASE NO. 3422 (PR)<br><br>AFFIDAVIT IN SUPPORT OF<br>MOTION TO PROCEED ON APPEAL<br>IN FORMA PAUPERIS |

　　　I, Ayanna Z. Green, being first duly sworn and say that I am the appellant in the above-entitled case; that in support of my motion to proceed on appeal without being required to prepay fees, costs, or give security therefore, I state that because of my poverty I am unable to pay the costs of this proceeding or to give security therefore; that I believe I am entitled to redness; and my total assets are $0.00 and my income is $0.00 less or a little higher per month.

　　　WHEREFORE, for the foregoing reasons I declare under the penalty of perjury that the foregoing statements are true and correct.

DATE: JUNE 28, 2008

RESPECTFULLY SUBMITTED,

_____
Pro Per