**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

FILED

00 AUG 11 AM 8:05

K. U S DISTRICT COURT
NORTHERN DIST OF CALIFORNIA

| | | |
|---|---|---|
| AYANNA Z. GREEN, | ) | |
| Plaintiff, | ) | CASE NO. CV 08 3422 JSW (PR) |
| | ) | |
| VS, | ) | **PRISONER'S APPLICATION TO** |
| | ) | **PROCEED IN FORMA PAUPERIS** |
| TINA HORNBECK (WARDEN), | ) | |
| Defendant, | ) | |
| | ) | |
| | ) | |

I, Ayanna Z. Green, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct.

On June 27, 2008, I sent a "Inmate Request For Interview" with a "Inmate Trust Withdrawal" form(s) to the Accounting Office requesting that they forward a five dollar ($5.00) check from my account to this Court for the Filing Fee of the Writ of Habeas Corpus, and a completed "Certificate Of Funds In Prisoner's Account" form, which was also attached to the inmate request form.

On July 18, 2008, I received a response from the Accounting Office which stated: "On 7-14-08 check was made for $5.00 and sent to District Court on 7-15-08." See attached "Inmate Request For Interview" form.

I am now resubmitting my application. I declare under the penalty of perjury that the foregoing is true and correct and I understand that a false statement herein may result in the dismissal of my claims.

DATE ⟨signature⟩ JUO. 04, 2008

⟨signature⟩
AYANNA Z. GREEN
IN PRO PER

STATE OF CALIFORNIA
GA-22 (9/92)

**INMATE REQUEST FOR INTERVIEW**

DEPARTMENT OF CORRECTION?

| DATE | TO | | FROM (LAST NAME) | | CDC NUMBER |
|---|---|---|---|---|---|
| JUN 27 2008 | ACCOUNTING OFFICE | | GREEN, AYANNA | | W-75617 |

| HOUSING | BED NUMBER | WORK ASSIGNMENT | | JOB NUMBER | |
|---|---|---|---|---|---|
| B4 Room #17 | 04Low | VOC. WELDING | | FROM 7:40am | TO 2:40pm |

| OTHER ASSIGNMENT (SCHOOL, THERAPY, ETC.) | ASSIGNMENT HOURS | |
|---|---|---|
| | FROM | TO |

### Clearly state your reason for requesting this interview.
You will be called in for interview in the near future if the matter cannot be handled by correspondence.

ONCE THE FIVE DOLLAR ($5.00) FILING FEE AND A "CERTIFICATE OF FUNDS" HAVE BEEN

FOWARDED TO THE U.S. DISTRICT COURT FROM YOUR OFFICE, CAN YOU PLEASE SEND ME A

COPY OR NOTIFICATION THAT THIS HAS BEEN DONE? ALL NECESSARY DOCUMENTATION IS

ATTACHED, INCLUDING AN STAMPED ADDRESSED ENVELOPE TO THE COURT.

**DO NOT write below this line. If more space is required, write on back.**

INTERVIEWED BY                                                                     DATE

On 7-14-08 Check was made for $5.00

DISPOSITION

and sent to District Court on 7-15-08

COPY

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

E-filing

Dear Sir or Madam:

CV 08

Your petition has been filed as civil case number_____ JSW (PR)

✓ A filing fee of $5.00 is now due. If you are unable to pay the entire filing fee at this time, you must sign and complete this court's Prisoner's In Forma Pauperis Application in its entirety. If the application is granted, you will not have to prepay the fee.

Your petition is deficient because you did not pay the filing fee and:

1. _____ you did not file an In Forma Pauperis Application.

2. _____ the In Forma Pauperis Application you submitted is insufficient because:

    _____ You did not use the correct form. You must submit this court's current Prisoner's In Forma Pauperis Application.

    _____ Your In Forma Pauperis Application was not completed in its entirety.

    _____ You did not sign your In Forma Pauperis Application.

    _____ You did not submit a Certificate of Funds in Prisoner's Account completed and signed by an authorized officer at the prison.

    ✓ _____ You did not attach a copy of your prisoner trust account statement showing transactions for the last six months.

    _____ Other _____

Enclosed you will find this court's current Prisoner's In Forma Pauperis Application, which includes a Certificate of Funds in Prisoner's Account form, and a return envelope for your convenience.

**Warning: YOU MUST RESPOND TO THIS NOTICE. If you do not respond within THIRTY DAYS from the filing date stamped above, your action will be DISMISSED, the file closed and the entire filing fee will become due immediately. Filing a Prisoner's In Forma Pauperis Application will allow the court to determine whether prepayment of the filing fee should be waived.**

Sincerely,
RICHARD W. WIEKING, Clerk,

By_____
           Deputy Clerk

rev. 11/07

GREEN

E-filing

1

2

3

4

5

6

7

8                           UNITED STATES DISTRICT COURT
                          NORTHERN DISTRICT OF CALIFORNIA

9

10      AYANNA Z. GREEN,                      )
                                              )                                3422
11                          Plaintiff,        )     CASE NO. _____
                                              )
12          vs.                               )     **PRISONER'S**
                                              )     **APPLICATION TO PROCEED** JSW
13      TINA HORNBECK (WARDEN),               )     **IN FORMA PAUPERIS**
                                              )
14                          Defendant.        )
                                              )
15                                                                              (PR)

16          I, __Ayanna Z. Green__, declare, under penalty of perjury that I am the

17  plaintiff in the above entitled case and that the information I offer throughout this application

18  is true and correct. I offer this application in support of my request to proceed without being

19  required to prepay the full amount of fees, costs or give security. I state that because of my

20  poverty I am unable to pay the costs of this action or give security, and that I believe that I am

21  entitled to relief.

22          In support of this application, I provide the following information:

23  1.      Are you presently employed? Yes ____ No __X__

24  If your answer is "yes," state both your gross and net salary or wages per month, and give the

25  name and address of your employer:

26  Gross: _____ Net: _____

27  Employer: _____

28  _____

1   If the answer is "no," state the date of last employment and the amount of the gross and net

2   salary and wages per month which you received.  (If you are imprisoned, specify the last

3   place of employment prior to imprisonment.)

4       Atlas Security, 1996 _____

5   _____

6   _____

7   2.     Have you received, within the past twelve (12) months, any money from any of the

8   following sources:

9         a.     Business, Profession or                 Yes ____ No _X_

10               self employment

11         b.     Income from stocks, bonds,             Yes ____ No _X_

12               or royalties?

13         c.     Rent payments?                         Yes ____ No _X_

14         d.     Pensions, annuities, or                   Yes ____ No _X_

15               life insurance payments?

16         e.     Federal or State welfare payments,       Yes ____ No _X_

17               Social Security or other govern-

18               ment source?

19   If the answer is "yes" to any of the above, describe each source of money and state the amount

20   received from each.

21       N/A _____

22   _____

23   3.     Are you married?                           Yes ____ No _X_

24   Spouse's Full Name: __N/A_____

25   Spouse's Place of Employment: __N/A_____

26   Spouse's Monthly Salary, Wages or Income:

27   Gross $___N/A_____ Net $____N/A_____

28   4.   a.     List amount you contribute to your spouse's support:$ ___N/A_____

1       b.     List the persons other than your spouse who are dependent upon you for

2            support and indicate how much you contribute toward their support. (NOTE:

3            For minor children, list only their initials and ages. DO NOT INCLUDE

4            THEIR NAMES.).

5       NONE

6

7   5.     Do you own or are you buying a home?      Yes ____ No X

8   Estimated Market Value: $ N/A      Amount of Mortgage: $ N/A

9   6.     Do you own an automobile?         Yes ____ No X

10  Make ____ N/A ____ Year ____ N/A ____ Model ____ N/A

11  Is it financed? Yes ____ No X ____ If so, Total due: $ N/A

12  Monthly Payment: $ ____ N/A

13  7.     Do you have a bank account? Yes ____ No X ____ (Do not include account numbers.)

14  Name(s) and address(es) of bank: ____ N/A

15

16  Present balance(s): $ ____ N/A

17  Do you own any cash? Yes ____ No X ____ Amount: $ ____ N/A

18  Do you have any other assets? (If "yes," provide a description of each asset and its estimated

19  market value.) Yes ____ No X

20

21  8.     What are your monthly expenses?

22  Rent: $ ____ N/A ____ Utilities: ____ N/A

23  Food: $ ____ N/A ____ Clothing: ____ N/A

24  Charge Accounts:

| Name of Account | Monthly Payment | Total Owed on This Acct. |
|---|---|---|
| N/A | $ | $ |
| | $ | $ |
| | $ | $ |

1   9.      Do you have any other debts? (List current obligations, indicating amounts and to

2   whom they are payable. Do not include account numbers.)

3   NO

4

5   10.     Does the complaint which you are seeking to file raise claims that have been presented

6   in other lawsuits?   Yes ____ No _X_

7   Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in

8   which they were filed.

9

10

11          I consent to prison officials withdrawing from my trust account and paying to the court

12  the initial partial filing fee and all installment payments required by the court.

13          I declare under the penalty of perjury that the foregoing is true and correct and

14  understand that a false statement herein may result in the dismissal of my claims.

15

16  8/04/08

17  DATE                              SIGNATURE OF APPLICANT

18

19

20

21

22

23

24

25

26

27

28

STATE OF CALIFORNIA
GA-22 (9/92)

# INMATE REQUEST FOR INTERVIEW

DEPARTMENT OF CORRECTION

| DATE | TO | | FROM (LAST NAME) | | CDC NUMBER |
|------|-----|----|-----------------|----|-----------|
| 8/01/08 | ACCOUNTING OFFICE | | GREEN, A. | | W75617 |

| HOUSING | BED NUMBER | WORK ASSIGNMENT | | JOB NUMBER | |
|---------|-----------|----------------|----|-----------|----|
| B4 room #17 | 04Low | VOC. WELDING | | FROM 7:40am  TO 2:40pm | |

| OTHER ASSIGNMENT (SCHOOL, THERAPY, ETC.) | ASSIGNMENT HOURS | |
|----|----|----|
| | FROM | TO |

### Clearly state your reason for requesting this interview.

You will be called in for interview in the near future if the matter cannot be handled by correspondence.

On 6/27/08 I sent an Inmate Request form to your office requesting that *you* notify me **"Once the five dollar ($5.00) filing fee and a "CERTIFICATE OF FUNDS"** [form] have been forwarded to the U.S. District Court from your office,"** On 7/18/08 I was notified that **"On 7-14-08 check was made for $5.00 and sent to District Court on 7-15-08."** You did not state if the attached CERTIFICATE OF FUNDS IN PRISONER'S ACCOUNT was completed and forwarded to the District Court as well?? Was this also done on "7-15-08"? If not, another C.O.F. form...(OVER)

INTERVIEWED BY                                                              DATE

DISPOSITION

is attached, and it needs to be completed and forwarded to the U.S. District Court immediately as there are very strict time constraints. A Certificate of Funds in Prisoner's Account must be completed an signed by an authorized officer at this prison, and a attached copy of my trust account statement showing transactions for the last six (6) months **must be submitted to the District Court by the dead line date of August 15, 2008.**

A. Green W75617
[B4-17-04Low]



NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES

FRESNO CA 937

05 AUG 2008 PM 1 1

PAID

AYANNA Z. GREEN W-75617
VALLEY STATE PRISON FOR WOMEN
P.O. BOX 96
CHOWCHILLA, CA 93610-0096
(B4-17-04Low)

10pac + .34
.100
1.34

# BUSINESS REPLY MAIL

FIRST-CLASS MAIL    PERMIT NO. 12615    WASHINGTON DC

POSTAGE WILL BE PAID BY UNITED STATES COURTS

US DISTRICT COURT
450 GOLDEN GATE AVE
PO BOX 36060
SAN FRANCISCO CA 94102-9680

PAID