08/19/08

To: Office of the Clerk,

I received a copy of the attached forms from the Accounting Office here (V.S.P.W.), yesterday.

Now that the $5.00 filing fee has been paid, and your office has received a certified copy of my C.O.F. form, is there anything else I need to do? Any other form(s) I need to fill out?

I know that you are extremely busy, so your assistance with this matter is truly appreciated.

Respectfully,

Ayanna Green
In Proper

FILED
08 AUG 25 PM 2:11
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case Number: CV 08 3422 JSW(PR)

## CERTIFICATE OF FUNDS

## IN

## PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of __W75617, Green, Anaya__ for the last six months
[prisoner name]
__Valley State Prison For Women__ where (s)he is confined.
[name of institution]
I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $ __159.05__ and the average balance in the prisoner's account each month for the most recent 6-month period was $ __516.55__.

Dated: __8/14/08__

_____
[Authorized officer of the institution]

THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST:
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY _____
TRUST OFFICE

- 5 -

```
REPORT ID: TS3030 .701                CALIFORNIA DEPARTMENT OF CORRECTIONS           REPORT DATE: 08/13/08
                                      VALLEY STATE PRISON FOR WOMEN                  PAGE NO:      1
                                      INMATE TRUST ACCOUNTING SYSTEM
                                      INMATE TRUST ACCOUNT STATEMENT

                                      FOR THE PERIOD: MAR. 01, 2008 THRU AUG. 13, 2008

ACCOUNT NUMBER : W75617                                              BED/CELL NUMBER: B 4 0000000001704L
ACCOUNT NAME   : GREEN, ANAYA                                        ACCOUNT TYPE:    I
PRIVILEGE GROUP: A

                              TRUST ACCOUNT ACTIVITY

    TRAN
DATE CODE  DESCRIPTION     COMMENT         CHECK NUM  DEPOSITS   WITHDRAWALS   BALANCE
----- ---- --------------- --------------- ---------- ---------  -----------   -------
03/01/2008 BEGINNING BALANCE                                                     87.63
03/06 DD34 EFT DEPOSIT     O 2399 JPAY                   22.50                  110.13
03/06*DD34 EFT DEPOSIT     O 2400 JPAY                   67.50                  177.63
03/06 DD30 CASH DEPOSIT     2403266378                   22.50                  200.13
03/07*DD34 EFT DEPOSIT     O 2413 JPAY                   18.00                  218.13
03/07 FC02 DRAW-FAC 2       2426 FAC B                               20.00      198.13
03/19 W521 FUND RAISER C    2560 CCA                                 28.00      170.13
04/08 W415 CASH WITHDRAW    2734TITHES     204039376                  7.00      163.13
04/08 W360 SUBSCRIPTION     2734MAGAZI     204039377                 10.00      153.13
04/09 W513 MISC. CHARGES    2746 COSMO                                5.00      148.13
04/09*DD34 EFT DEPOSIT     O 2752CYBERS                  27.00                  175.13
04/23/10 W516 LEGAL COPY CH 2767LGLCPY                                0.48      174.65
05/07 DD30 CASH DEPOSIT     2929266638                  135.00                  309.65
05/20 W516 LEGAL COPY CH    3054 FAC-B                               25.00      284.65
05/21*DD34 EFT DEPOSIT     O 3183LGLCPY                               1.44      283.21
05/21 W415 CASH WITHDRAW    3201TITHES     204039779                315.00      598.21
05/22 W536 COPAY CHARGE     3214041408                              20.00       578.21
06/06 FC02 DRAW-FAC 2       3368 FAC-B                                5.00      573.21
06/06 W513 MISC. CHARGES    3558 COSMO                              100.00      473.21
06/24 W513 MISC. CHARGES    3588266878                                2.00      471.21
06/26 DD30 CASH DEPOSIT     3603266882                   11.25                  482.46
06/27 DD30 CASH DEPOSIT     3603266882                   90.00                  572.46
06/27*DD30 CASH DEPOSIT     3603266882                   22.50                  594.96
07/08*DD34 EFT DEPOSIT     O 0048 J-PAY                                          594.96
07/08 FC02 DRAW-FAC 2       0055 FAC B                               50.00      594.96
07/11 W516 LEGAL COPY CH    0112LGLCPY                                6.48      612.46
07/11 W516 LEGAL COPY CH    0112LGLCPY                                4.92      605.98
07/14 W415 CASH WITHDRAW    0113 FEE      204040172                   5.00      601.06
07/22 W415 CASH WITHDRAW    0208TITHES    204040261                  10.00      596.06
07/28*DD34 EFT DEPOSIT     O 0267 JPAY                   10.00                  586.06
08/07 W650 DATA TRANSFER    800319-VSP    204040370                 721.06        0.00
                                                        135.00      721.06

                          * RESTITUTION ACCOUNT ACTIVITY

DATE        TRANS.      DESCRIPTION                     CASE NUMBER: 201285
                                                        FINE AMOUNT: $ 10,000.00
DATE SENTENCED: 08/07/98
COUNTY CODE: SCL                                        TRANS. AMT.       BALANCE
                                                        -----------       -------
03/01/2008  BEGINNING BALANCE                                             6,685.99
```



```
        22.50+          0.*
        67.50+
        22.50+
        18.00+
        27.00+          0.*
       135.00+
       170.13+
       315.00+          006
       309.65+
        11.25+
        90.00+
        22.50+
       954.27*          0.*
        67.50+
       721.06+
       135.00+
        20.52+          013
         3,099.31*+     0.*
```

Average 6 month 954.27 ÷ 6 =
Average 6 month 3,099.31 ÷ 6 =
deposit 159.05*   Balance 516.55*+

THE WITHIN INSTRUMENT IS A CORRECT COPY OF THE TRUST ACCOUNT MAINTAINED BY THIS OFFICE.
ATTEST:
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY [signature]

```
REPORT ID: TS3030 .701                  VALLEY STATE PRISON FOR WOMEN                REPORT DATE: 08/13/08
                                        INMATE TRUST ACCOUNT STATEMENT               PAGE NO:       2

                              FOR THE PERIOD: MAR. 01, 2008 THRU AUG. 13, 2008

ACCT: W75617            ACCT NAME: GREEN, ANAYA                        ACCT TYPE: I
DATE SENTENCED: 08/07/98
COUNTY CODE:   SCL
                                    * RESTITUTION ACCOUNT ACTIVITY

                                                     CASE NUMBER: 201285
                                                     FINE AMOUNT: $ 10,000.00
DATE     TRANS.   DESCRIPTION                        TRANS. AMT.              BALANCE
------   ------   ------------                       -----------              -------
08/06/08  DR34    REST DED-EFT DEPOSIT                    25.00-            6,660.99
08/06/08  DR34    REST DED-EFT DEPOSIT                    75.00-            6,585.99
08/06/08  DR30    REST DED-CASH DEPOSIT                   25.00-            6,560.99
08/07/08  DR30    REST DED-CASH DEPOSIT                   20.00-            6,540.99
08/07/08  DR34    REST DED-EFT DEPOSIT                    30.00-            6,510.99
08/09/08  DR34    REST DED-EFT DEPOSIT                   150.00-            6,360.99
08/21/08  DR30    REST DED-CASH DEPOSIT                  350.00-            6,010.99
08/23/08  DR34    REST DED-EFT DEPOSIT                    12.50-            5,998.49
08/26/08  DR30    REST DED-CASH DEPOSIT                  100.00-            5,898.49
06/27/08  DR30    REST DED-CASH DEPOSIT                   25.00-            5,873.49
06/27/08  DR34    REST DED-EFT DEPOSIT                    75.00-            5,798.49
07/08/08  DR30    REST DED-CASH DEPOSIT                      .00-           5,798.49
06/28/08  DR34    REST DED-EFT DEPOSIT                   150.00-            5,648.49

                               TRUST ACCOUNT SUMMARY

BEGINNING       TOTAL       TOTAL         CURRENT       HOLDS         TRANSACTIONS
BALANCE         DEPOSITS    WITHDRAWALS   BALANCE       BALANCE       TO BE POSTED
---------       --------    -----------   -------       -------       ------------
  87.63          933.75      1,021.38        0.00         0.00              0.00

                                                         CURRENT
                                                         AVAILABLE
                                                         BALANCE
                                                         --------
                                                            0.00

  * THIS STATEMENT DOES NOT REFLECT THE ADMINISTRATIVE FEE CHARGE THAT *
  * IS EQUAL TO TEN PERCENT OF THE RESTITUTION AMOUNT COLLECTED.       *
```

THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST:
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY
TRUST OFFICE

# CDCR
## Inmate Statement Report

Verified: _____

| CDCR# | Inmate/Group Name | Institution | Unit | Cell/Bed | Current Available Balance |
|---|---|---|---|---|---|
| W75617 | GREEN, ANAYA | VSPW | B 4 00000000 | 01704L | $730.30 |

### Transaction List

| Transaction Date | Transaction Type | Source Doc# | Receipt#/Check# | Amount | Account Balance |
|---|---|---|---|---|---|
| 08/01/2008 | BEGINNING BALANCE | | | | $0.00 |
| 08/06/2008 | CONVERSION | Conversion | 1 | $721.06 | $721.06 |
| 08/08/2008 | PAY - SUPPORT | | | $20.52 | $741.58 |
| 08/08/2008 | RESTITUTION FINE PAYMENT | | | ($10.26) | $731.32 |
| 08/08/2008 | ADMINISTRATIVE FEE | | | ($1.02) | $730.30 |

### Encumbrance List

| Encumbrance Type | Transaction Date | Amount | | | |
|---|---|---|---|---|---|

**No information was found for the given criteria.**

### Obligation List

| Obligation Type | Court Case# | Original Owed Balance | | Sum of Tx for Date Range for Oblg | Current Balance |
|---|---|---|---|---|---|

**No information was found for the given criteria.**

### Restitution List

| Restitution | Court Case# | Original Owed Balance | Interest Accrued | Sum of Tx for Date Range for Oblg | Current Balance |
|---|---|---|---|---|---|
| RESTITUTION FINE | 201285 | $10,000.00 | $0.00 | ($10.26) | $5,638.23 |

THE WITHIN INSTRUMENT IS A CORRECT COPY OF THE TRUST ACCOUNT MAINTAINED BY THIS OFFICE.
ATTEST:
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY _____
TRUST OFFICE

Page 2

DEPARTMENT OF CORRECTIONS AND REHABILITATION
VALLEY STATE PRISON FOR WOMEN
21633 Avenue 24
P.O. Box 99
Chowchilla, CA 93610-0099

Office Of The Clerk, U.S. District Court
Northern District Of California
450 Golden Gate Avenue
San Francisco, CA 94102

```
TS210B              CALIFORNIA DEPARTMENT OF CORRECTIONS
                        ITAS TRUST ACCOUNT DISPLAY

--------------- ACCOUNT INFORMATION  --------------- ------ SPECIAL ITEMS -------

ACCOUNT   NUMBER:  W75617
     ACCOUNT NAME:  GREEN, ANAYA
     ACCOUNT TYPE:  I
CURRENT BALANCE:          0.00
    HOLD BALANCE:          0.00
 ENCUM. BALANCE:          0.00
       AVAILABLE:          0.00
PRIVILEGE GROUP:  A
    LAST CANTEEN:  07/08/2008
------------------------- ACCOUNT TRANSACTIONS ------------------------TS210CA
   DATE    TRAN    AMOUNT       DESCRIPTION      CHECK NUM    COMMENT        BALANCE
 --------  ----  -----------  ---------------    ----------   ----------     ----------
 07/11/08  W516       6.48-  LEGAL COPY CHAR                  0112LGLCPY        605.98
 07/11/08  W516       4.92-  LEGAL COPY CHAR                  0112LGLCPY        601.06
 07/14/08  W415       5.00-  CASH WITHDRAWAL    204-040172    0113    FEE       596.06
 07/22/08  W415      10.00-  CASH WITHDRAWAL    204-040261    0208TITHES        586.06
 07/28/08  DD34     135.00   EFT DEPOSIT ONL                  0267 JPAY         721.06
 08/07/08  W650     721.06-  DATA TRANSFER T    204-040370    800319-VSP          0.00
PAGE#     1 OF    26 PAGES
```

OFFICE OF THE CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CALIFORNIA 94102

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

SAN FRANCISCO CA 941
23 JUL 2008

$ 00.42⁰   JUL 23 2008
02 1A
0004329882
MAILED FROM ZIPCODE 94102

**STATE OF CALIFORNIA**
GA-22 (9/92)

## INMATE REQUEST FOR INTERVIEW

**DEPARTMENT OF CORRECTIONS**

| DATE | TO | FROM (LAST NAME) | CDC NUMBER |
|---|---|---|---|
| 8/01/08 | ACCOUNTING OFFICE | GREEN, A. | W75617 |

| HOUSING | BED NUMBER | WORK ASSIGNMENT | JOB NUMBER FROM 7:40am TO 2:40pm |
|---|---|---|---|
| B4 room #17 | 04Low | VOC. WELDING | |

REC'D AUG 1 2 2008

OTHER ASSIGNMENT (SCHOOL, THERAPY, ETC.)

ASSIGNMENT HOURS FROM     TO

**Clearly state your reason for requesting this interview.**
You will be called in for interview in the near future if the matter cannot be handled by correspondence.

On 6/27/08 I sent an Inmate Request form to your office requesting that you notify me "Once the five dollar ($5.00) filing fee and a "CERTIFICATE OF FUNDS" [form] have been forwarded to the U.S. District Court from your office," On 7/18/08 I was notified that "On 7-14-08 check was made for $5.00 and sent to District Court on 7-15-08." You did not state if the attached CERTIFICATE OF FUNDS IN PRISONER'S ACCOUNT was completed and forwarded to the District Court as well?? Was this also done on "7-15-08"? If not, another C.O.F. form...(OVER)

**INTERVIEWED BY**                                    **DATE**

**DISPOSITION**    Mailed 8/15/08

COPY

is attached, and it needs to be completed and forwarded to the U.S. District Court immediately as there are very strict time constraints. A Certificate of Funds in Prisoner's Account must be completed an signed by an authorized officer at this prison, and a attached copy of my trust account statement showing transactions for the last six (6) months **must be submitted to the District Court by the dead line date of August 15, 2008.**

                                            A. Green W75617
                                            [B4-17-04Low]

OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF CALIFORNIA

REC'D JUL 3 0 2008

RICHARD W. WIEKING
CLERK

450 GOLDEN GATE AVENUE
SAN FRANCISCO, CA 94102
(415) 522-2000
FAX (415) 522-2176

July 22, 2008

Accounting office
Valley State Prison for Women
P.O Box 96-VSPW
Chowchilla, CA 93610-0092

Dear Sir/Madam:

We have received your check #204-040172 in the amount of $5.00 each; however, we are returning it for the following reason:

___   We do not accept "not to exceed" checks. Please contact the appropriate court personnel for the exact amount to remit.

___   Your check is issued in the wrong amount.

___   We are unable to determine the purpose of your payment. Please provide the case number, case name and purpose of your payment.

_X_   **Other:** Completed form required.

Once you have provided the above requested information, please return or provide another check in the correct amount to our office.

Sincerely,

Rhonda Shrum

Rhonda M. Shrum
Financial Technician

LEGAL MAIL

08.20.08

AYANNA CORNN W75C617
P.O. BOX 96 - V.S.P.W.
CHOWCHILLA, CA. 93610-0096
(B4-17-040W)

LEGAL MAIL

9410 2333 6651 0004

OFFICE OF THE CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CA. 94102



USA FIRST-CLASS FOREVER