August 21, 2008

To: Office of the Clerk,

I recently received an "ORDER OF DISMISSAL" from this Court, Case No. C 08-3422 JSW (PR). It was filed on July 24, 2008. This Order stated that I needed "an order from the court of appeals authorizing the Court to consider these claims." My petition was "dismissed as a second and successive petition." What "order" am I supposed to file? There are no forms in the library here (V.S.P.W.) that address this issue. I don't know what I am supposed to do? Can you please send me an example of what I was/am supposed to file? Then I can also notify our law library.

Thank you so much for your time and attention.

Respectfully,

Ayanna Z. Green
In Pro Per



AKANNA Z. GREEN 37750017
P.O. BOX 910 - V.S.P.W.
CHOWCHILLA, CA. 93610-0091
(BUI-17-CH LOW)

LEGAL MAIL

FRESNO CA 937

22 AUG 2008 PM 2 L

OFFICE OF THE CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CA. 94102
941022366 C004

AUAUNA N. GREEN W 75617
P.C. BOX 26-V.S.P.W
FOUCHILLA, CA. 92610-0026
(BU-17-04104)

FRESNO CA 937
22 AUG 2008 PM 2 L

LEGAL MAIL

CLERK OF THE CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CA. 94102

9410233661 C004