IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AYANNA Z. GREEN,<br><br>    Petitioner,<br><br>  vs.<br><br>TINA HORNBECK, Warden,<br><br>    Respondent. | No. C 08-3422 JSW (PR)<br><br>**ORDER DENYING CERTIFICATE OF APPEALABILITY**<br><br>**(Docket no. 14)** |

    Petitioner, a prisoner of the State of California, filed a *pro se* 28 U.S.C. § 2254 petition for a writ of habeas corpus. In an order dated July 24, 2008, this Court dismissed the petition as a second or successive petition (docket no. 8). Petitioner has filed a notice of appeal and a motion requesting a certificate of appealability.

    A judge shall grant a COA "only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). "Determining whether a COA should issue where the petition was dismissed on procedural grounds has two components, one directed at the underlying constitutional claims and one directed at the district court's procedural holding." *Slack v. McDaniel*, 529 U.S. 473, 484-85 (2000). "When the district court denies a habeas petition on procedural grounds without reaching the prisoner's underlying constitutional claim, a COA should issue when the prisoner shows, at least, that jurists of reason would find it debatable whether the petition states a valid claim of the denial of a constitutional right and that jurists of reason would find it debatable whether the district court was correct in its procedural ruling." *Id.* at 484; *see James v. Giles*, 221 F.3d 1074, 1077 (9th Cir. 2000). As each of these components is a

"threshold inquiry," the federal court "may find that it can dispose of the application in a fair and prompt manner if it proceeds first to resolve the issue whose answer is more apparent from the record and arguments." *Slack*, 529 U.S. at 485.  Supreme Court jurisprudence "allows and encourages" federal courts to first resolve the procedural issue.  *See id.*

Petitioner has not established that "jurists of reason would find it debatable whether the district court was correct in its procedural ruling." *Id.* at 484.  Accordingly, the request for a certificate of appealability is DENIED (docket no. 14).  The Clerk of Court shall forward this order, along with the case file, to the United States Court of Appeals for the Ninth Circuit.  *United States v. Asrar,* 116 F.3d 1268, 1270 (9th Cir. 1997).  Petitioner may also seek a certificate of appealability from that court.  *See Asrar,* 116 F.3d at 1270.

IT IS SO ORDERED.

DATED: October 20, 2008

JEFFREY S. WHITE
United States District Judge

2

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

AYANNA Z. GREEN,

    Plaintiff,

v.

TINA HORNBECK et al,

    Defendant.

Case Number: CV08-03422 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 20, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Ayanna Z. Green
W75617
P.O. Box 96
Chowchilla, CA 93610-0096

Dated: October 20, 2008

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk